UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CASE NO. _____

CHRISTOPHER FRANKE,                                                    PLAINTIFF,

v.

XCELERATED INVESTMENTS, INC.,                                          DEFENDANT.

## COMPLAINT & JURY DEMAND

The Plaintiff, by counsel, and for his Complaint against the Defendant herein state as follows:

### Jurisdiction

1.   Christopher Franke, brings this lawsuit under 15 U.S.C. § 1681 *et seq.*

2.   The claims within the lawsuit arise under the federal law, and this case presents a federal question arising under 15 U.S.C. § 1681 *et seq.*

3.   Jurisdiction arises under 28 U.S.C. §1331 and 15 U.S.C. §1681 *et seq.*

### Parties

4.   Christopher Franke, resides in Commerce Township, Michigan in Oakland County and maintains citizenship in the State of Michigan.

5.   The Defendant to this lawsuit Xcelerated Investments, Inc. ("Xcelerated"), which conducts business in Michigan, having principal place of business in Boone County, Kentucky.

### Venue

6.   The transactions and occurrences which give rise to this action occurred in Oakland County.

7.   Venue is proper in this court.

## General Allegations

8.  Christopher Franke satisfies the definition of a "consumer" as defined by the Fair Credit

Reporting Act, 15 U.S.C. §§ 1681 *et seq* ("FCRA") at §1681a(c).

9.  Xcelerated uses consumer reports as contemplated by FCRA, 15 U.S.C. §1681b.

10. Xcelerated accessed, obtained and used Mr. Franke's consumer report.

11. Mr. Franke did not provide Xcelerated written authorization to access his consumer

report or initiate a business transaction with Xcelerated.

12. Xcelerated did not have a permissible purpose for the access and use of Mr. Franke's

consumer report as set forth in 15 U.S.C. 1681b(a).

13. As a direct and proximate cause, Mr. Franke has suffered an unwarranted invasion of his

privacy, and violation of his rights under the FCRA.

## CLAIM I – Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*

14. Xcelerated impermissibly accessed and used Mr. Franke's consumer report in violation of

15 U.S.C. § 1681b and 15 U.S.C. § 1681o.

15. Alternatively Xcelerated Law Group impermissibly accessed and used Mr. Franke's

consumer report in violation of 15 U.S.C. § 1681b and 15 U.S.C. § 1681n.

16. Mr.  Franke suffered damages as a result of this violation of the FCRA.

## Jury Demand

17. Mr. Franke demands trial by jury.

## Demand for Relief

18. Plaintiff pleads that because of Defendant's actions, Plaintiff demands the following relief

from the Court, including, but not limited to:

*a.* Actual damages,

*b.* Statutory damages,

*c.* Costs and attorney fees.


Respectfully Submitted,


s/Frank M. Mungo (KBA#:  87540)
Attorney for Plaintiff
3940 Olympic Blvd., Suite 400
Erlanger, Kentucky 41018
(859) 372-6670
frankmungo@fuse.net