UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 12-93-DLB-CJS

CHRISTOPHER FRANKE                                                                       PLAINTIFF

vs.                                    **ORDER OF DISMISSAL**

XCELERATED INVESTMENTS, INC.                                                     DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court having entered Judgment concurrently herewith pursuant to Plaintiff's Notice of Acceptance (Doc. # 23) of Defendant's Rule 68 Offer of Judgment, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that:

(1) Plaintiff's complaint in this action is hereby **DISMISSED WITH PREJUDICE**; and

(2) This case is **STRICKEN** from the Court's active docket.

This 26th day of February, 2013.



G:\DATA\ORDERS\Cov12\12-93 Order of dismissal.wpd